No. 84–858.   TARTER ET AL. v. RAYBUCK ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–917.   HANSEN, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF HANSEN v. JOHNS-MANVILLE SALES CORP. ET AL.; and
No. 84–1131.   JOHNS-MANVILLE SALES CORP. ET AL. v. HANSEN ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–941.   OKLAHOMA v. EDDINGS.   Ct. Crim. App. Okla. Certiorari denied.

No. 84–979.   CROSS v. UNITED STATES PARCEL SERVICE ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 84–989.   NEWSPAPER DRIVERS & HANDLERS, LOCAL No. 372, AFFILIATED WITH INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–990.   TOLEDO, PEORIA & WESTERN RAILROAD CO. v. ILLINOIS DEPARTMENT OF TRANSPORTATION ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 84–992.   ASOCIACION DE RECLAMANTES ET AL. v. UNITED MEXICAN STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 84–997.   LAHODNY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–1004.   INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCALS 329 AND 851, AFL–CIO, ET AL. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.   C. A. 5th Cir.   Certiorari denied.

No. 84–1050.   JOLLEY v. NORTH CAROLINA.   Sup. Ct. N. C. Certiorari denied.

No. 84–1051.   McCOLGAN ET AL. v. UNITED MINE WORKERS OF AMERICA ET AL.   App. Ct. Ill., 1st Dist.   Certiorari denied.